UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JASON VOELKER,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF CONCORD, et al.,<br><br>                    Defendants. | Case No.  25-cv-00382-TLT<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF 23 |

## I.    ORDER TO SHOW CAUSE FOR FAILURE TO FILE AN OPPOSITION

On January 9, 2025, *pro se* Plaintiff Jason Voelker filed a complaint against Defendants City of Concord, Concord Police Department, Sergeant Ross and Doe defendants (collectively, "Defendants") for violation of 42 U.S.C. §1983, defamation, negligence, and intentional infliction of emotional distress arising out of his arrest on January 8, 2024.  ECF 1.

On May 29, 2025, Defendants filed a motion to dismiss and motion to strike the complaint. ECF 23.  Opposition was due on June 12, 2025.  After the case was reassigned, the hearing was reset for October 14, 2025.

To date, Plaintiff has not filed an opposition to the motion to dismiss and motion to strike. *See* ECF 32.  Plaintiff is **ORDERED** to file by **Thursday, June 26, 2025**, (1) an opposition or statement of non-opposition to the pending motions, and (2) a response to this order to show cause explaining why the opposition was not timely filed.  Failure to do either of these may result in dismissal of the case without prejudice under Rule 4(m) for failure to prosecute.  This is the second order to show cause issued against Plaintiff in this action.  *See* ECF 9.

If an opposition is filed, Defendant may file a reply on or before July 3, 2025.  The motion hearing is **MAINTAINED** for October 14, 2025, at 2:00 p.m.

United States District Court
Northern District of California

## II.    REFERRAL TO HELP DESK

*Pro se* Plaintiff is again **encouraged** to seek free legal assistance from the Legal Help Center located in the San Francisco courthouse.  *See* ECF 5.  The Legal Help Center will not represent you as your lawyer but can provide basic legal assistance at no cost.  You can schedule an appointment by calling 415-782-8982 or emailing FedPro@sfbar.org.

The Court is informed that the Plaintiff is blind and may need  a "read aloud" function to review and respond to documents.

You can find more information at https://cand.uscourts.gov/pro-se-litigants/.  The court also has a free guide "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of the case, including discovery, motions, and trial.

You can access it online (https://www.cand.uscourts.gov/wp-content/uploads/2023/03/Pro_Se_Handbook_4-2024_MBB.pdf) or in hard copy free of charge from the Clerk's Office.

**IT IS SO ORDERED.**

Dated: June 20, 2025

_____
TRINA L. THOMPSON
United States District Judge